UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:15-CR-00039-LRH-WGC |
| Plaintiff, ) | |
| v. ) | MINUTE ORDER |
| CHARLES EARL GRANDERSON, JR., ) | |
| ) | February 16, 2016 |
| Defendants ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

     Before the court is defendant's motion to re-open detention issue and to grant bail (#37). It has been brought by defendant personally and not through his counsel. Pursuant to LR IA 10-6(a) defendant cannot appear or act except through his counsel. Because document #37 is not allowed by Court Rule, no response is due nor will any action be taken on it by the Court. The Clerk of the Court is directed to treat it as a fugitive document.

     IT IS SO ORDERED.

                                                  LANCE S. WILSON, CLERK

                                                  By:        /s/
                                                           Deputy Clerk