# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES EARL GRANDERSON, JR.,<br><br>    Defendant. | Case No. 3:15-cr-00039-LRH-WGC<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Supplement to Motion for Compassionate Release, that the Defendant's Deadline to file his Supplement is extended to August 28, 2020 *nunc pro tunc*.

DATED this 21st day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE