UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EARL GRANDERSON JR.,<br><br>Defendant. | Case No. 3:15-cr-00039-LRH-WGC<br><br>ORDER |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10. Specifically, under the amended Guidelines, the parties have determined Mr. Granderson has a criminal history of II with a total offense level of 18, which yields a guideline range of 30–37 months for Count 1. The Court notes that the defendant consents to the proposed sentencing reduction and has waived any right to appear telephonically or in person at a hearing, which the Court has found unnecessary.

The Court agrees that Mr. Granderson qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821.

IT IS THEREFORE ORDERED that the parties' Joint Stipulation Regarding a Reduction in Sentence (ECF No. 139) is GRANTED.

IT IS ORDERED that Mr. Granderson's sentence be amended to Time Served for Count 1.

IT IS FURTHER ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

IT IS SO ORDERED.

DATED this 7th day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE