UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>CHARLES EARL GRANDERSON,<br><br>                Defendant. | Case No. 3:15-cr-00039-HDM-CSD<br><br>ORDER |

    The defendant has filed a *pro se* "Motion to Modify Probation Term/Condition" (ECF No. 145) to allow him to use medical marijuana. According to his probation officers in this district and the Southern District of Texas, aside from the fact that marijuana use is proscribed under federal law, legal medications have been recommended to treat the defendant's health condition. The court agrees. Because marijuana use is not permitted under federal law and because legal medications exist that could treat the defendant's conditions, the motion to modify probation (ECF No. 145) is hereby DENIED.

    IT IS SO ORDERED.

    DATED: This 26th day of August, 2024.

                                          /s/ Howard D. McKibben<br>
                                          UNITED STATES DISTRICT JUDGE