| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:15CR00039-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 4:25-cr-0538 Ellison |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Charles Earl Granderson Jr. Tomball, Texas | Nevada | U.S. Probation Office |
| | United States Courts Southern District of Texas FILED *October 14, 2025* Nathan Ochsner, Clerk of Court | NAME OF SENTENCING JUDGE The Honorable Howard D. McKibben |
| | | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 2/12/2024 — TO 2/11/2029 |

OFFENSE
Interference with Commerce by Robbery, a Class C Felony, and Brandishing a Firearm During a Crime of Violence, a Class A Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Granderson was released from the Bureau of Prisons to the Southern District of Texas on February 12, 2024. Mr. Granderson has continuously resided in the Southern District of Texas since his release, and he is facing new criminal charges from local authorities. The undersigned believes the Southern District of Texas is best suited to address these violations given their supervision of Mr. Granderson.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 10, 2025
Date

/s/ Howard D. McKibben
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 14, 2025
Effective Date

/s/ Drew B Tipton
United States District Judge

1